**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6199**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ZACHARY JAMES HAYES, a/k/a Zachery James
Hayes,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem. William L. Osteen, Sr.,
District Judge. (CR-93-121-6, CA-96-668-6)

―――――――――

Submitted: November 20, 1997        Decided: December 9, 1997

―――――――――

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Zachary James Hayes, Appellant Pro Se. Paul Alexander Weinman,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from the district court's orders granting in part and denying in part his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions accepting the recommendation of the magistrate judge and find no abuse of discretion and no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hayes, Nos. CR-93-121-6; CA-96-668-6 (M.D.N.C. Dec. 13, 1996; Jan. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED